# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-501

_____

CHARLES E. MIXON,

Appellant,

v.

TEXTURED COATINGS OF
AMERICA, INC.,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

April 3, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and JAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Kathryn L. Ender of Cole Scott & Kissane, P.A., Miami, for Appellee.